IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KURTIS JOHNSON                                                                                    PLAINTIFF

VERSUS                                                   CIVIL ACTION NO. 1:12cv00150-JMR

JACKSON COUNTY SHERIFF'S DEPARTMENT;
SHERIFF MIKE BYRD, in his Official Capacity as
Sheriff of Jackson County, Mississippi;
LINDA JONES, in her Official Capacity as a
Deputy/Investigator for the Jackson County Sheriff's
Department, and in her Individual Capacity;
JEANA JOHNSON, Individually; JEANNIE LOWERY,
Individually; JACKSON COUNTY BOARD OF SUPERVISORS
and UNKNOWN JOHN & JANE DOES A, B, C, D, E, F, G, H            DEFENDANTS

### STIPULATION OF VOLUNTARY DISMISSAL
### OF UNKNOWN JOHN & JANE DOES, A, B, C, D, E, F, G, H

IT IS HEREBY STIPULATED in the above referenced cause of action that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

1.   The above-captioned cause of action is voluntarily dismissed with prejudice;

2.   All claims by the Plaintiff, KURTIS JOHNSON, against the remaining Defendants, UNKNOWN JOHN & JANE DOES A, B, C, D, E, F, G, H, are hereby voluntarily dismissed with prejudice, and this case should be closed;

3.   The parties will bear their own costs and expenses, including attorney's fees.

Date: __10/24/2013_____          _s/Douglas L. Tynes, Jr._____
                                   DOUGLAS L. TYNES, JR. (MSB # 101921)
                                   Attorney for Plaintiff, Kurtis Johnson

                                   DOUGLAS L. TYNES, JR.
                                   TYNES LAW FIRM, P.A.
                                   P.O. Drawer 966
                                   Pascagoula, MS 39568-0966
                                   monte@tyneslawfirm.com
                                   (228) 769-7736 Telephone
                                   (228) 769-8466 Facsimile